CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691

OFFICIAL BUSINESS



049J82024331

$00.44
07/06/2009
Mailed From 21201
US POSTAGE

RETURN TO SENDER
NOT HERE

Randy A. Weaver #26586
Washington County Detention Center
500 Western Maryland Parkway
Hagerstown, Md 21740

NIXIE    212    SE 1    00 07/11/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 21201280599    *2327-03182-08-40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RANDY A. WEAVER, Petitioner | * | |
| v. | * | CIVIL ACTION NO. DKC-09-1117 |
| WARDEN, Respondent | * | |
| | ******* | |
| RANDY A. WEAVER, Petitioner | * | |
| v. | * | CIVIL ACTION NO. DKC-09-1118 |
| M. VAN EVANS, Respondent | * | |
| | ******* | |
| RANDY A. WEAVER, Petitioner | * | |
| v. | * | CIVIL ACTION NO. DKC-09-1169 |
| M. VAN EVANS, et al., Respondents | * | |
| | ******* | |

## MEMORANDUM

Petitioner Randy A. Weaver, an inmate confined at the Washington County Detention Center in Hagerstown, Maryland, filed the instant 28 U.S.C. § 2254 application for habeas corpus relief. Paper Nos. 1, Civil Action Nos. DKC-09-1117, DKC-09-1118, DKC-09-1169.[1] Petitioner attacks the constitutionality of his convictions and sentence entered on April 15, 2009. He states the maximum sentence for his offense was ninety days incarceration and as he served in excess of

---

[1] The three petitions raise identical claims but were received by the court on various dates. The petitions have been consolidated for review. Paper No. 3, Civil Action No. DKC-09-1117.

1